UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-60174-CR-BB

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS MICHAEL WHITE,
    Defendant.
_____

**DEFENDANT WHITE'S FEBRUARY 4, 2025
STATUS REPORT RE: MEDICAL CONDITION**

Defendant Thomas Michael White ("White"), by and through undersigned court-appointed counsel, and pursuant to this Honorable Court's Order [ECF No. 268], respectfully files this Status Report regarding his ongoing medical condition, care, and treatment, and states:

1. White's metastatic lung and brain cancer treatment is ongoing. He has both brain and full body scans regularly scheduled to monitor nodule on the left side of his brain where two other cancerous brain tumors have been removed. White is metastatic and incurable and constantly is monitored for new cancer in his organs as it is in his blood.

2. White is being treated by and consults with neurosurgeon, Dr. Oszkar Szentirmai and and laser brain surgeon Dr. Jorge G. Castillo. The medical team continues monitoring his condition and makes periodic determinations about how to proceed with care and treatment. Dr. Nicholas James, pulmonologist and critical care specialist determined that scans revealed a collapsed Zepher valve in White's left lung. White also continues a treatment regimen of immunotherapy and chemotherapy to fight terminal stage 4 metastatic lung cancer which spread

1

to his brain. White's condition is terminal and palliative care and treatment continues. White's primary doctor qualified him for entry into Hospice care, but White chose to continue palliative treatment and keep surgery options open. If he enters Hospice, White no longer would be able to receive further treatment or surgery.

3. The surgeries which White has undergone include a craniotomy to remove a recurring brain tumor and to drain fluid to alleviate brain swelling, and a laser brain surgery performed by Dr. Jorge A. Castillo. White's diagnosis is incurable terminal cancer documented in medical information from Dr. Evelio Sardina and Dr. Guillermo Abesada-Terk. White also suffers from pancreatitis, ascites, and several complications due to his late-stage terminal disease.

4. White's treatment continues in cycles of chemotherapy, immunotherapy, laser radiation, surgeries, and medications, depending on his tolerance levels at any point in time. Dr. Houssein Abdul Sater of the Cleveland Clinic has been White's oncologist who works with his other doctors. Dr. Jorge G. Castillo is the radiologist oncologist treating White's brain cancer with laser radiation surgery known as "cyber knifing."

5. Dr. Oszkar Szentirmai has been the neurosurgeon treating reoccurring tumor growth on the left side of White's brain. White has regular brain MRIs and consultations to monitor this condition. Dr. Nicholas James, who works in critical care management at the Cleveland Clinic, is a pulmonologist now overseeing all of White's care and provides respiratory care and treatment after Dr. Evelio Sardina retired. White undergoes treatment for "ascites," an over-accumulation of fluid in the belly and legs in late-stage cancer.

6. White also receives treatment for diabetes; White's body can no longer process sugar properly; he is on trial medication doses to get control of this condition; he has been experiencing

head pain; his doctors have been treating him for this and other symptoms they say are all cancer-related; additionally, Dr. Nicholas James, White's pulmonologist referred him for lung surgery at Cleveland Clinic North, Stuart, Florida.

7. The Visiting Nurse Association started home care visits with White on July 23, 2024 for medical care through lung surgery recovery and pancreas issues.

## Medical Care and Treatment Since Last Status Report.

1. 12/23/24 - Amanda Nugent, O.D., 2341 SE Federal Highway, Stuart, FL 34994; vision examination and testing.

2. 1/2/25 - Dr. Mary Cabrera, Florida Florida Community Health Center, 3441 Willoughby Boulevard, Stuart, FL 34994; blood and lab work.

3. 1/7/25 - Dr. Mary Cabrera, Florida Florida Community Health Center, 3441 Willoughby Boulevard, Stuart, FL 34994; consultation regarding the results blood and lab work and prescriptions.

4. 1/7/25 - Cleveland Clinic North Cancer Center, 501 Osceola Street, Stuart, FL 34994; pre-infusion blood and tissue sample lab work.

5. 1/8/25 - Dr. Rafael Arteta-Bulos, Hematology/Oncology, infusion center, Cleveland Clinic, 501 Osceola Street, Stuart, FL 34994; full exam and consultation.

6. 1/8/25 - Dr. Rafael Arteta-Bulos, Hematology/Oncology, infusion center, Cleveland Clinic, 501 Osceola Street, Stuart 34994; infusion chemotherapy/immunotherapy.

7. 1/13/25 - Hematology/Oncology, Cleveland Clinic, 501 Osceola Street, Stuart 34994; IV port procedure; reset and clear power port lines implanted in chest which distribute chemo/immunotherapy intravenously throughout patient's system; procedure around 3.8 hours.

8. 1/14/25 - Dr. Alexander Debonet, Oncology Cancer Center, Cleveland Clinic North, 509 SE Riverside Drive, Stuart; oncology pain management.

9. 1/21/25 - Dr. Mary Cabrera, Florida Florida Community Health Center, 3441 Willoughby Boulevard, Stuart, FL 34994; exam and consultation.

10. 1/28/25 - Cleveland Clinic North Cancer Center, 501 Osceola Street, Stuart, FL 34994; pre-infusion blood and tissue sample lab work.

11. 1/29/25 - Dr. Rafael Arteta-Bulos, Hematology/Oncology, infusion center, Cleveland Clinic, 501 Osceola Street, Stuart, FL 34994; exam and consultation.

12. 1/29/25 - Dr. Rafael Arteta-Bulos, Hematology/Oncology, infusion center, Cleveland Clinic, 501 Osceola Street, Stuart 34994; infusion chemotherapy/immunotherapy.

Respectfully submitted,

/ s / Martin A. Feigenbaum
Florida Bar No. 705144
P.O. Box 545960
Surfside, Florida 33154
Telephone: (305) 323-4595
Facsimile: (844) 274-0862
Email: innering@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically by the CM/ECF system this 4th day of February, 2025 to all persons entitled to electronic notice in this cause.

/ s / Martin A. Feigenbaum